# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE DISTRICT OF DELAWARE

| | | |
|---|---|---|
| In re: | : | |
| BASIN TRANSLOAD, LLC,[1] | : | Chapter 11 |
| Debtor. | : | Case No. 20-11462 (JTD) |
| | : | |

### NOTICE OF DEPOSITION OF JAMES ARTHAUD
### TO BE CONDUCTED VIA VIDEOCONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to Rule 30 of the Federal Rules of Civil Procedure, as made applicable to these proceedings by Rules 7030 and 9016 of the Federal Rules of Bankruptcy Procedure, Basin Transload, LLC ("Basin" or "Debtor"), by and through its attorneys, will take the videoconference deposition of James Arthaud on July 1, 2020, beginning at 2:00 p.m. (Eastern Time) or at such other date and time agreed upon by the Debtor and other parties to the proceedings.

The videoconference deposition will be taken upon oral examination and recorded by audio, audiovisual, or stenographic means before a Notary Public or other person authorized by law to administer oaths. The deposition may be used for discovery, evidentiary hearings, at the trial of this action, or for any other purposes permitted by the Federal Rules of Civil Procedure, the Federal Rules of Bankruptcy Procedure, and under the rules of this Court.

---

[1] The Debtor's last four digits of its taxpayer identification number are (7171). The headquarters and service address for the above-captioned Debtor is 800 South Street, Suite 500, Waltham, Massachusetts 02453.

{01576840;v1 }

Dated: June 18, 2020
       Wilmington, Delaware

**ASHBY & GEDDES**

*/s/ Michael D. DeBaecke*
William Bowden (No. 2553)
Gregory A. Taylor (No. 4008)
Michael D. DeBaecke (No. 3186)
500 Delaware Avenue, 8th Floor
Wilmington, DE 19899
Phone: (302) 504-3728

*Proposed Counsel for Debtor
and Debtor in Possession*

{01576840;v1 }